SAMUEL W. WOOLEY, RESPONDENT, *v.* GRANTS-
VILLE CITY, A MUNICIPAL CORPORATION,
AND S. W. HOUSE, TREASURER AND COL-
LECTOR, APPELLANTS.

(Decided May 2, 1899.)

Appeal from the Third District Court, Tooele County,
Hon. A. N. Cherry, *Judge.*

NOTE.— This case includes the same statement of facts and was
heard and decided in conjunction with *Kimball* v. *Grantsville City*,
19 Utah, 368.

BARTCH, C. J.

This suit was brought to restrain the collection of a city
tax levied upon the property of plaintiff for the year 1897,
by the local authorities of Grantsville City. The prop-
erty in question consists of agricultural land and personal
effects, and the plaintiff alleges that, although it is situate
within the corporate limits of the city, it is not within the
range of municipal benefits, and, therefore, is not subject
to taxation for municipal purposes. At the trial, the
court, among other things, found that the property is
within the corporate limits of the city, but that the real
estate, consisting of agricultural land, is beyond the
range of improvements, and is not within the range of
municipal benefits, and therefore held it not to be subject
to taxation for municipal purposes. The essential facts in
this case are almost identical with those in the case of
*Kimball* v. *Grantsville City,* et al., decided at the present
term of this court, and the material questions presented
on this appeal are precisely the same as those presented
therein. We therefore refer to our opinion in that case
for a discussion of all the questions involved in this, and,

upon the authority of that case, this one must be reversed, with costs, and the cause remanded, with directions to the court below to set aside the decree herein, dissolve the restraining order, and enter a decree in favor of the appellants.

It is so ordered.

MINER, J., and BASKIN, J., concur.